**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Carol M. Ness, Jay Xiong, and Timothy J. Peters, individually, and on behalf of all others similarly situated, | Civil No. 11-CV-3370 (JNE-JSM) |
| Plaintiffs, | **DEFENDANTS'** |
| | **GURSTEL CHARGO, P.A.,** |
| vs. | **TEM CAPITAL, LLC,** |
| | **TODD GURSTEL, AND** |
| Gurstel Chargo, P.A., | **MITCH CHARGO** |
| TEM Capital, LLC, | **MOTION TO DISMISS SECOND** |
| Todd Gurstel, Mitch Chargo, | **AMENDED COMPLAINT** |
| and John/Jane Does 1-20, | **PURSUANT TO RULE 12(b)(6)** |
| Defendants. | |

---

TO:   Plaintiffs Carol M. Ness, Jay Xiong and Timothy J. Peters, by and through their attorney, Douglas J. Nill, Douglas J. Nill, LLC, 1100 One Financial Plaza, 120 South Sixth Street, Minneapolis MN 55402.

## MOTION

Defendants Gurstel Chargo P.A., TEM Capital, LLC, Todd Gurstel, and Mitch Chargo, jointly and individually, move the Court for dismissal of Plaintiffs' Second Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for failure to state a claim for which relief can be granted.

DATE:  December 4, 2012          PARKER ROSEN, L.L.C.

                                            By:   s/Andrew D. Parker
                                                Andrew D. Parker          # 195042
                                                Mark J. Kiperstin          # 143108
                                                Daniel N. Lovejoy          #032646X
                                                300 First Avenue North, Suite 200
                                                Minneapolis, Minnesota 55401
                                                Telephone: (612) 767-3000
                                                parker@parkerrosen.com

2

>
> DORSEY & WHITNEY LLP
> Kenneth L. Jorgensen     Reg. No. 0159463
> Suite 1500, 50 South Sixth Street
> Minneapolis, MN 55402-1498
> Telephone: (612) 492-6608
> jorgensen.ken@dorsey.com
>
> ATTORNEYS FOR DEFENDANTS
> GURSTEL CHARGO, P.A., TEM CAPITAL, LLC,
> TODD GURSTEL AND MITCH CHARGO